# United States District Court
## Southern District of Georgia
Brunswick Division



ETHEL MOZELLA GLOVER )
)
)
vs )
COMMANDER, NAVY REGION ) CASE NUMBER  CV 204-197
SOUTHEAST )
)
)

### O R D E R

It appearing that no service has been perfected in the above captioned case within 120 days from filing,

IT IS HEREBY ORDERED that said action is dismissed without prejudice for want of prosecution.

**SO ORDERED**, this __23__ day of __MAY__, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

GLOVER )

vs ) CASE NUMBER CV204-197

COMMANDER ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/23/05, which is part of the official record of this case.

Date of Mailing: 5/23/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: /s/ Sherry Taylor
Sherry Taylor, Deputy Clerk

**Name and Address**

Ethel Glover, 31 Manchester Court, Woodbine, GA 31569

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate